## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA



FILED
APR - 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13mj00048-AC

James O. Archie

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
         ~~CITY      STATE    ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 4/04/13

_____
DEFENDANT'S SIGNATURE

### YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $300.00 and a penalty assessment of $10.00 for a TOTAL AMOUNT OF: $310.00 within 10 days/months; or payments of $_____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $_____
    completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
PO BOX 70939
CHARLOTTE, NC 28272-0939

CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 4/4/2013

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FP1-PET                                                                    EDCA-3